## COLLINS v. STATE.
### No. 24439.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

## BEAUCHAMP, Judge.

Appellant was charged with the offense of driving a motor vehicle upon a public highway while under the influence of intoxicating liquor. The verdict shows that the jury found him guilty and assessed his punishment as $50 fine.

The record, as brought forward, contains neither a judgment of conviction nor proper notice of appeal, both of which are necessary to give this Court jurisdiction to review the case.

The appeal is dismissed.

## WILLIAMS v. STATE.
### No. 24447.

Court of Criminal Appeals of Texas.
Oct. 26, 1949.

None on appeal.

George P. Blackburn, State's Atty., of Austin, for the State.

## HAWKINS, Presiding Judge.

Upon his plea of guilty appellant was convicted of selling intoxicating liquor in dry area in Travis County, Texas, and his punishment was assessed at a fine of $100.

Notwithstanding his plea of guilty appellant perfected an appeal to this court. We find the record before us with no statement of facts and no bills of exception. No question is presented for review, and the judgment is affirmed.